

# NUMBERS 13-18-00397-CR, 13-18-00398-CR, 13-18-00399-CR, AND 13-18-00400-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOE HERNANDEZ,                                                                  Appellant,

## v.

THE STATE OF TEXAS,                                                            Appellee.

### On appeal from the 117th District Court of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Contreras, and Benavides
### Memorandum Opinion by Justice Contreras

Appellant, Joe Hernandez, filed notices of appeal challenging his convictions for burglary in trial court cause numbers 16FC-0189-B, 16FC-0805-B, 17FC-2174-B, and 16CR3791-B.   By orders signed on August 8, 2018, the trial court granted appellant's motion for new trial.

When the trial court grants a motion for new trial, it restores the case to its position before the former trial. *See* TEX. R. APP. P. 21.9(b). Because there are no convictions to be appealed, we have no jurisdiction to consider these appeals. *See Waller v. State*, 931 S.W.2d 640, 643-44 (Tex. App.—Dallas 1996, no pet.).

The Court, having examined and fully considered the documents on file and the trial court's orders granting a new trial, is of the opinion that these appeals should be dismissed for want of jurisdiction. *See id.* The appeals are hereby DISMISSED FOR WANT OF JURISDICTION.

DORI CONTRERAS
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the 20th
day of September, 2018.

2